■ PAWTUCKET MUTUAL INSURANCE COMPANY, Respondent, v CHRISTOPHER LOLISCIO et al., Defendants, and RICHARD REUTER, Appellant. [615 NYS2d 284] —Appeal by the defendant Reuter as limited by his brief, from so much of an order and judgment (one paper) of the Supreme Court, Suffolk County (Oshrin, J.), dated February 22, 1993, as granted the plaintiff's motion for summary judgment and denied his cross motion for summary judgment.

Ordered that the order and judgment is affirmed insofar as appealed from, with costs, for reasons stated by Justice Oshrin at the Supreme Court. Thompson, J. P., Balletta, Krausman and Florio, JJ., concur.